# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 1:18-cr-00743-4** |
| | ) | |
| **v.** | ) | |
| | ) | **Hon. Judge John Z. Lee** |
| **YOSHIMI HENRY** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE

The Defendant, Yoshimi Henry, through her Attorney, Gregg L. Smith, moves this Honorable Court to continue the Defendant's change-of-plea date.

1. The Defendant is charged in the above-captioned matter with multiple counts of wire fraud and one count of mail fraud in violation of Title 18, United States Code, Section 1343 and Title 18, United States Code, Section 1341 respectively.

2. The Defendant is currently set for change of plea on September 8th, 2022, at 1:30 PM.

3. The Defendant is requesting the change of plea date be continued for 30 days and conducted remotely.

4. Undersigned counsel has spoken to the Government who indicated that they have no objection to the Defendant's request as both parties are continuing to negotiate a plea agreement.

5. The Defendant does not have an objection to excluding time.

WHEREFORE, the Defendant respectfully requests that Defendant's Unopposed Motion to Continue be granted.

1

Respectfully submitted,

*/S/ GREGG L. SMITH*

GREGG L. SMITH
205 WEST RANDOLPH STREET
SUITE 1700
CHICAGO, IL 60606
(312) 629-1778
EMAIL: GLSLAW40@ATT.NET

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States, Northern District of Illinois and said filing complies with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

*/S/ GREGG L. SMITH*

GREGG L. SMITH
205 WEST RANDOLPH STREET
SUITE 1700
CHICAGO, IL 60606
(312) 629-1778
EMAIL: GLSLAW40@ATT.NET