## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.   Case No.: 1:18−cr−00743
Honorable John Robert Blakey

, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 14, 2024:

    MINUTE entry before the Honorable John Robert Blakey: Oral agreed motion to reset sentencing hearing as to Defendant Yoshimi Henry (4) is granted. Sentencing hearing previously set for 6/17/2024 is reset for 10/25/2024 at 11:00 a.m. in Courtroom 1203. Prior to the filing of any sentencing memorandum, the Government shall meet and confer with defense counsel regarding any restitution issues and discuss any agreements or disputes in its sentencing memorandum and shall further ensure one−week prior to the sentencing date that any restitution and/or victim information is forwarded to the Probation Department for processing. The Government is advised that any untimely restitution submissions to Probation shall result in a continuance of the sentencing date. Sentencing material and any memoranda making objections to the presentence report, seeking sentencing departures or variances, or otherwise discussing the sentencing factors set forth in Title 18 U.S.C. Section 3553(a) must be filed (in one combined filing per side) by 10/11/2024. In their sentencing materials, the parties must state whether they have any objections to, or alternate recommendations regarding, both the term and conditions of supervised release as recommended by the Probation Office. Any responses must be filed by 10/18/2024. Failure to file the material or memoranda by that deadline risks waiver or forfeiture, including the inability to raise untimely objections to the presentence report. Bond to stand pending sentencing. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.